# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

LARUA LASCOLA, Individually and
as Sole Heir and Next of Kin of NORMA
DALE MASSA, Deceased,　　　　　　　　　　　　　　　　　　　　PLAINTIFF,

VS.　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 2:06CV80-P-A

BARDEN MISSISSIPPI GAMING, LLC,
ET AL.,　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS.

## ORDER

This matter comes before the court upon Plaintiff's Motion to Impose 28 U.S.C. § 1927 Sanctions, for Injunctive Relief, and to Strike Exhibits [361]. After due consideration of the motion and the response filed thereto, the court finds that the motion should be denied. However, the court admonishes both parties to seek permission before filing such a voluminous amount of documents in the future.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's Motion to Impose 28 U.S.C. § 1927 Sanctions, for Injunctive Relief, and to Strike Exhibits [361] is **DENIED**.

**SO ORDERED** this the 13th day of December, A.D., 2007.

　　　　　　　　　　　　　　　　　　　　　/s/ W. Allen Pepper, Jr.
　　　　　　　　　　　　　　　　　　　　　W. ALLEN PEPPER, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE