# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

LAURA LASCOLA, Individually and
as Sole Heir and Next of Kin of NORMA
DALE MASSA, Deceased,                                         PLAINTIFF,

VS.                                         CIVIL ACTION NO. 2:06CV80-P-A

BARDEN MISSISSIPPI GAMING, LLC,
ET AL.,                                                       DEFENDANTS.

## ORDER

These matters come before the court upon Plaintiff's Objection to Magistrate's Order Denying Plaintiff's Third Motion for Sanctions Against Defendant Barden Mississippi Gaming, LLC and Request for Hearing [370] and Plaintiff's Objections to Magistrate's Order on Motion to Amend Complaint [383]. After due consideration of the objections and the responses filed thereto, the court finds as follows, to-wit:

Pursuant to Federal Rule of Civil Procedure 72(a), "[a] party may serve and file objections to [a U.S. Magistrate Judge's] order within 10 days after being served with a copy. ... The district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law."

Having considered the Plaintiff's objections to the Magistrate Judge's November 13, 2007 Order denying, *inter alia*, the Plaintiff's third motion for sanctions and December 12, 2007 Order denying in part the Plaintiff's motion to amend the complaint, the court concludes that the Plaintiff has not established that these Orders were clearly erroneous or contrary to law.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1)  Plaintiff's Objection to Magistrate's Order Denying Plaintiff's Third Motion for

Sanctions Against Defendant Barden Mississippi Gaming, LLC and Request for Hearing [370] is **OVERRULED**; and

(2) Plaintiff's Objections to Magistrate's Order on Motion to Amend Complaint [383] is **OVERRULED**.

**SO ORDERED** this the 16th day of January, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE