IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

LAURA LASCOLA, Individually, and
as Sole Heir and Next of Kin
NORMA DALE MASSA, deceased                                    PLAINTIFF


            VS.                                               CIVIL ACTION NUMBER
                                                              2:06-CV-00080-WAP-SAA


BARDEN MISSISSIPPI GAMING, LLC,
d/b/a/ FITZGERALD'S CASINO HOTEL-TUNICA;
TUNICA COUNTY MISSISSIPPI;
TUNICA COUNTY SHERIFF'S DEPARTMENT,
a division of Tunica County, Mississippi;
K.C. HAMP, Individually, and in his capacity
as Sheriff of Tunica County; Sheriff's Deputy Katie Johnson,
Individually and in her capacity as Tunica County, Mississippi
Sheriff's deputy; and JANE DOE, unknown Tunica
County Sheriff's Deputy, Agent or Employee                    DEFENDANTS


                                ORDER

        Defendants Tunica County and the Tunica County Sheriff's Department have filed a

motion [Doc. No. 394] for Sanctions and To Enforce Court Order.  Plaintiff  responded to the

motion by stating that the requested discovery  has been provided to defendant.   Therefore, the

motion to enforce the court order is **MOOT**.

        Throughout the course of this case, the court has repeatedly addressed motions for

sanctions filed by both the plaintiff and by different defendants. In this instance defendants

Tunica County Mississippi and the Tunica County Sheriff's Department seek sanctions and

attorney's fees for plaintiff's failure to comply with discovery orders under FED R. CIV. P.

33(b)(1) and to submit a discovery response in compliance with and FED. R. CIV. P. 33(b)(2).  In

previous orders in this case, the court has discussed  the legal standard for ordering sanctions in

accordance with FED. R. CIV. P. 37(b)(2) and refers the parties to those discussions.  In light of

the record and the parties' past behavior before this court, the court finds that the award of

sanctions would be unjust.  Accordingly, it is

ORDERED

That defendant's motion for sanctions is **DENIED**.

THIS, the 16$^{h}$ day of June, 2008.

__/s/ S. ALLAN ALEXANDER_____
S. ALLAN ALEXANDER
U.S. MAGISTRATE JUDGE