IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

LAURA LASCOLA, Individually, and
as Sole Heir and Next of Kin of
NORMA DALE MASSA, deceased                                    PLAINTIFF

VS.                                                            CIVIL ACTION NUMBER
                                                               2:06-CV-00080-WAP-SAA

BARDEN MISSISSIPPI GAMING, LLC,
d/b/a/ FITZGERALD'S CASINO HOTEL-TUNICA;
TUNICA COUNTY MISSISSIPPI;
TUNICA COUNTY SHERIFF'S DEPARTMENT,
a division of Tunica County, Mississippi;
K.C. HAMP, Individually, and in his capacity
as Sheriff of Tunica County; Sheriff's Deputy Katie Johnson,
Individually and in her capacity as Tunica County, Mississippi
Sheriff's deputy; and JANE DOE, unknown Tunica
County Sheriff's Deputy, Agent or Employee                     DEFENDANTS

## ORDER

Defendant Barden filed a motion [Doc. No. 399] to Strike Plaintiff's Amended Disclosures of Expert Testimony on February 11, 2008. Plaintiff filed an amended disclosure of expert testimony on January 28, 2008. The deadline for plaintiff's designation of experts was January 28, 2008; thus plaintiff timely filed her expert designation. Defendants' contention that the deadline for plaintiff's disclosure of experts was July 5, 2007 is without merit as both the plaintiff's and the defendants' deadlines for designation of experts was reset for January 28, 2008 and February 28, 2008, respectively, by order of the court on October 29, 2007. The court made no distinction when resetting the deadlines for disclosure of experts as to the particular type of expert be disclosed on or before a particular date. Accordingly, it is

ORDERED

That defendants' motion to strike plaintiff's amended disclosure of expert testimony is **DENIED**.

THIS, the 16$^h$ day of June, 2008.

__/s/ S. ALLAN ALEXANDER_____
S. ALLAN ALEXANDER
U.S. MAGISTRATE JUDGE