IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

LAURA LASCOLA, Individually, and
as Sole Heir and Next of Kin of
NORMA DALE MASSA, deceased                                    PLAINTIFF

VS.                                                           CIVIL ACTION NUMBER
                                                              2:06-CV-00080-WAP-SAA

BARDEN MISSISSIPPI GAMING, LLC,
d/b/a/ FITZGERALD'S CASINO HOTEL-TUNICA;
TUNICA COUNTY MISSISSIPPI;
TUNICA COUNTY SHERIFF'S DEPARTMENT,
a division of Tunica County, Mississippi;
K.C. HAMP, Individually, and in his capacity
as Sheriff of Tunica County; Sheriff's Deputy Katie Johnson,
Individually and in her capacity as Tunica County, Mississippi
Sheriff's deputy; and JANE DOE, unknown Tunica
County Sheriff's Deputy, Agent or Employee                    DEFENDANTS

## ORDER

Plaintiff Lascola requests that the court order the defendants to adequately and fully respond to her second set of requests for admissions [docket no. 433], her second set of interrogatories [docket no. 435]; and 3) and her second set of requests for production of documents [docket no. 436]. The motions were not filed until May 27, 2008, the date of the discovery deadline in this case. Under RULE 7.2(B)(2) of the UNIFORM LOCAL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN DISTRICT OF MISSISSIPPI AND THE SOUTHERN DISTRICT OF MISSISSIPPI, discovery motions must be filed sufficiently in advance of the discovery deadline so as not to affect the deadline. Filing the motions on the date of the deadline did not allow for adequate time for the defendants to respond, for the court to make its ruling or for the requested relief to be administered before the deadline. For these reasons, it is

ORDERED

That plaintiff's motions to compel [docket numbers 433, 435 and 436] are DENIED.

This the 23rd day of July, 2008.

                                              /s/ S. ALLAN ALEXANDER  
                                              U.S. MAGISTRATE JUDGE