IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

LAURA LASCOLA, Individually and as
Sole Heir and Next of Kin to NORMA
DALE MASSA, Deceased,                                        PLAINTIFF,

VS.                                       CIVIL ACTION NO. 2:06CV080-P-A

BARDEN MISSISSIPPI GAMING, LLC
d/b/a Fitzgerald's Casino Hotel-Tunica;
TUNICA COUNTY MISSISSIPPI; K.C.
HAMP, Sheriff of Tunica County, in His
Official Capacity; KATIE JOHNSON,
Tunica County Sheriff's Deputy, in Her
Official Capacity; and JANE DOE,
Unknown Tunica County Sheriff's
Deputy, in Her Official Capacity,                            DEFENDANTS.

**FINAL JUDGMENT**

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion for Partial Summary Judgment [455] is **DENIED**;

(2) Defendants Tunica County, Mississippi and Tunica County Sheriff's Department's Motion for Summary Judgment [445] is **GRANTED**; therefore,

(3) All of the plaintiff's claims against Tunica County, Mississippi, Sheriff K.C. Hamp, Deputy Sheriff Katie Johnson, and Deputy Sheriff Jane Doe are **DISMISSED WITH PREJUDICE**;

(4) Defendant Barden Mississippi Gaming, LLC's Motion for Summary Judgment [453] is **GRANTED**; therefore,

(5) All of the plaintiff's claims against Barden Mississippi Gaming, LLC are **DISMISSED**

**WITH PREJUDICE**; and

(6) This case is **CLOSED**.

**SO ORDERED** this the 20th day of August, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE